# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:00-00002 |
| | ) | JUDGE CAMPBELL |
| ROBERT MICHAEL CURRY | ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered as to the above-named defendant, Robert Michael Curry, on June 6, 2000 (Docket Entry No. 21), wherein restitution in the amount of $267,657.67 was ordered to be paid to AmSouth Bank and $298,462.88 was ordered to be paid to Union Planters Bank. Based upon information provided by the Clerk's Office, it appears that AmSouth Bank and Union Planters Bank were acquired by Regions Bank.

Accordingly, the aforementioned Judgment in this case is hereby amended to reflect that the name of the restitution recipient is Regions Bank. The restitution balance of $261,056.50 (AmSouth) and $291,114.43 (Union Planters), totaling $552,170.93, shall be paid to Regions Bank.

The Court's authority to substitute the victim's name in the judgment is drawn from the All Writs Act (28 U.S.C. §1651 (a)), which expressly authorizes a federal court to issue such orders "as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE